**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR BAY PROPERTIES, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-02174-JLS-KES<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Harbor Bay |
| 3 | Properties, LLC ("Defendant"), and pursuant to Federal Rule of Civil Procedure |
| 4 | 41(a)(1)(A)(ii), the Court hereby enters a dismissal with prejudice of Plaintiff's |
| 5 | Complaint in the above-entitled action, in its entirety. Each party shall bear his or |
| 6 | its own attorneys' fees, expert fees, and costs. |
| 7 | IT IS SO ORDERED. |
| 8 | DATED: 03/12/2020 |

JOSEPHINE L. STATON

UNITED STATES DISTRICT JUDGE